# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CRIMINAL MINUTES — SENTENCING AND JUDGMENT

Case No. CR-93-75 AWT          Date March 29, 1993

DOCKET ENTRY  SENTENCING upon plea/verdict of Guilty to Count(s) One of the Indictment/Information:

(SEE SEPARATE JUDGMENT).
**Fld judgment. Iss'd copies. MD JS-3.**
Motion of Gov't to dismiss the Indictment of CR92-633, Ct. Ords Indi dismissed
Defendants motion for a downward departure is denied.          in CR92-633.
Defendant advised of right to appeal.

PRESENT: HON. A. WALLACE TASHIMA, JUDGE

| Shelley Keir/Lisa Chen | Richard Fischer | Benjamin Jones |
|---|---|---|
| Deputy Clerk | Court Reporter | Asst. U. S. Attorney |

| U.S.A. v. (DEFENDANTS LISTED BELOW) | ATTORNEYS FOR DEFENDANTS |
|---|---|
| (1) Deidre Oatez | (1) Michael Nasatir |
| X present  X custody  ___ bond  ___ O/R | X present  ___ apptd.  ___ retained |
| (2) | (2) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (3) | (3) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |
| (4) | (4) |
| ___ present  ___ custody  ___ bond  ___ O/R | ___ present  ___ apptd.  ___ retained |

PROCEEDINGS:

(1) Defendant Deidre Oatez         X is given opportunity to speak and
                                    ___ speaks;  X declines to speak
    His attorney Michael Nasatir   X speaks;  ___ declines to speak

(2) Defendant _____      ___ is given opportunity to speak and
                                    ___ speaks;  ___ declines to speak
    His attorney _____    ___ speaks;  ___ declines to speak

(3) Defendant _____      ___ is given opportunity to speak and
                                    ___ speaks;  ___ declines to speak
    His attorney _____    ___ speaks;  ___ declines to speak

(4) Defendant _____      ___ is given opportunity to speak and
                                    ___ speaks;  ___ declines to speak
    His attorney _____    ___ speaks;  ___ declines to speak

COURT PRONOUNCES JUDGMENT ON

Defendant(s) (1) Oatez  (2) _____  (3) _____  (4) _____
(See formal judgement as to each defendant)

X  Court informs each defendant of right to appeal (1) X  (2) ___  (3) ___  (4) ___

___ Bond is exonerated          ___ Bail on appeal fixed in amount of $ _____

MINUTES FORM 3
CRIM — SENT & JGMT          D — M          Initials of Deputy Clerk _____